# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas J. Barry Jr. <br>　　　　　　　　　　Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC <br>　　　　　　　　　　Movant <br>　　　vs. <br>Thomas J. Barry Jr. <br>　　　　　　　　　　Debtor/Respondent | NO. 16-14495 REF |
| Frederick L. Reigle, Esq. <br>　　　　　　　　　　Trustee/Respondent | 11 U.S.C. Section 362 |

## **ORDER**

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of Nationstar Mortgage LLC is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified with respect to the subject premises located at 2721 Boardwalk #1511, Atlantic City, NJ 08401 ("Property"), so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

**Date: April 18, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.