United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Thomas J. Barry, Jr.
Thomas J. Barry, Jr.
    Debtors

Case No. 16-14495-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Apr 18, 2017
                        Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db       +Thomas J. Barry, Jr.,    MAILING ADDRESS:,    354 South 13th Street,    Reading, PA 19602-2085
db       +Thomas J. Barry, Jr.,    126 North Eight Street,    Reading, PA 19601-3610
cr       +Ocean City Home Bank,    c/o Saldutti Law Group,    BNY Mellon Center,    1735 Market Street,    Suite 3750,    Philadelphia, PA 19103-7532
cr       Ritz Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,    New Brunswick, NJ 08903-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr       E-mail/PDF: rmscedi@recoverycorp.com Apr 19 2017 01:19:12      Orion,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                                                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
        DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        FRANCIS J. MCGOVERN    on behalf of Creditor    Ritz Condominium Association, Inc. FMcGovern@theassociationlawyers.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        ROBERT L. SALDUTTI    on behalf of Creditor    Ocean City Home Bank rsaldutti@saldutticollect.com, lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Thomas J. Barry Jr.<br>                    Debtor | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC<br>                    Movant<br>         vs.<br>Thomas J. Barry Jr.<br>                    Debtor/Respondent | NO. 16-14495 REF |
| Frederick L. Reigle, Esq.<br>                    Trustee/Respondent | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of Nationstar Mortgage LLC is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified with respect to the subject premises located at 2721 Boardwalk #1511, Atlantic City, NJ 08401 ("Property"), so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies ~~including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

**Date: April 18, 2017**

_____
United States Bankruptcy Judge.