# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   THOMAS J. BARRY, JR.                    :          Chapter 13
   aka THOMAS J. BARRY                     :
                                           :          Bankruptcy No. 16-14495 REF
          Debtor                   :

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtor, Thomas J. Barry, Jr., by and through his attorney, David S. Gellert, Esquire, of David S. Gellert, P.C., has filed an Objection to the Proof of Claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection** scheduled to be held on Tuesday, January 16, 2018 at 9:30 A.M. in Courtroom No. 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the Objection to your claim.

3. **If you intend to appear at the hearing** to contest the Objection to your claim, **you must notify the person listed below at least seven (7) days before the hearing date.** If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated:  December 11, 2017                s/   David S. Gellert
                                              David S. Gellert, Esquire
                                              David S. Gellert, P.C.
                                              3506 Perkiomen Avenue
                                              Reading, PA 19606
                                              (610) 779-8000
                                              Fax: (610) 370-1393
                                              dsgrdg@ptdprolog.net