United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14495-ref
Thomas J. Barry, Jr.                                                Chapter 13
Thomas J. Barry, Jr.
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa              Page 1 of 1           Date Rcvd: Mar 01, 2018
                               Form ID: 155            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2018.
db             +Thomas J. Barry, Jr.,    MAILING ADDRESS:,   354 South 13th Street,    Reading, PA 19602-2085
db             +Thomas J. Barry, Jr.,    126 North Eight Street,   Reading, PA 19601-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2018 at the address(es) listed below:
    DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
    DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
    FRANCIS J. MCGOVERN    on behalf of Creditor    Ritz Condominium Association, Inc.
     FMcGovern@theassociationlawyers.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
    LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
    REBECCA K. MCDOWELL    on behalf of Creditor    Ocean City Home Bank rmcdowell@slgcollect.com,
     pwirth@slgcollect.com
    ROBERT L. SALDUTTI    on behalf of Creditor    Ocean City Home Bank rsaldutti@saldutticollect.com,
     lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                  TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Thomas J. Barry, Jr.
    Debtor(s)

Chapter: 13
Bankruptcy No: 16−14495−ref

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 1, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                           Richard E. Fehling
                                           Chief Judge ,
                                           United States Bankruptcy Court