# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    THOMAS J. BARRY, JR. | : | Bankruptcy No. 16-14495 REF |
|    aka THOMAS J. BARRY | : | |
| | : | Chapter 13 |
|        Debtor | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 26th day of March, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated March 1, 2018 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  March 26, 2018

                                                    s/   David S. Gellert
                                                    David S. Gellert, Esquire
                                                     David S. Gellert, P.C.
                                                     3506 Perkiomen Avenue
                                                     Reading, PA 19606
                                                     (610) 779-8000
                                                     Fax: (610) 370-1393
                                                     dsgrdg@ptdprolog.net