United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14495-ref
Thomas J. Barry, Jr.                                                      Chapter 13
Thomas J. Barry, Jr.
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4              User: Lisa              Page 1 of 1              Date Rcvd: Mar 27, 2018
                                 Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db            +Thomas J. Barry, Jr.,   MAILING ADDRESS:,   354 South 13th Street,   Reading, PA 19602-2085
db            +Thomas J. Barry, Jr.,   126 North Eight Street,   Reading, PA 19601-3610
cr            +Ocean City Home Bank,   c/o Saldutti Law Group,   BNY Mellon Center,
               1735 Market Street, Ste 3750,   Philadelphia, PA 19103-7532
cr             Ritz Condominium Association, Inc.,   c/o McGovern Legal Services, LLC,   PO Box 1111,
               New Brunswick, NJ  08903-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Mar 28 2018 01:42:11      Orion,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
        DENISE ELIZABETH CARLON    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        FRANCIS J. MCGOVERN    on behalf of Creditor   Ritz Condominium Association, Inc.
         FMcGovern@theassociationlawyers.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, NA paeb@fedphe.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        REBECCA K. MCDOWELL    on behalf of Creditor   Ocean City Home Bank rmcdowell@slgcollect.com,
         pwirth@slgcollect.com
        ROBERT L. SALDUTTI    on behalf of Creditor   Ocean City Home Bank rsaldutti@salutticollect.com,
         lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 10

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    THOMAS J. BARRY, JR. | : | Bankruptcy No. 16-14495 REF |
|    aka THOMAS J. BARRY | : | |
| | : | Chapter 13 |
|         Debtor | : | |

### ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of

Expenses by David S. Gellert, Esquire, counsel for Debtor, and the failure of any creditor or

party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by

David S. Gellert, Esquire, counsel for Debtor, in the amount of $5,200.00 for compensation and

the amount of $361.89 for reimbursement of expenses, is hereby approved; $1,310.00 of which

has been paid.

BY THE COURT:

**Date: March 27, 2018**

_____

Richard E. Fehling
United States Bankruptcy Judge