# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    THOMAS J. BARRY, JR. | : | Bankruptcy No. 16-14495 REF |
|    aka THOMAS J. BARRY | : | |
| | : | Chapter 13 |
|        Debtor | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 7th day of May, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated April 29, 2019 of the filing of the Debtors' Application to Employ Realtor.

Dated:  May 7, 2019

        s/   David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net