United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-14495-ref
Thomas J. Barry, Jr.                                               Chapter 13
Thomas J. Barry, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa        Page 1 of 1        Date Rcvd: May 08, 2019
                           Form ID: pdf900   Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db          +Thomas J. Barry, Jr.,   MAILING ADDRESS:,   354 South 13th Street,   Reading, PA 19602-2085
db          +Thomas J. Barry, Jr.,   126 North Eight Street,   Reading, PA 19601-3610
cr          +Ocean City Home Bank,   c/o Saldutti Law Group,   BNY Mellon Center,
             1735 Market Street, Ste 3750,   Philadelphia, PA 19103-7532
r           +Richard M. Hallick, Jr.,   Bressi & Martin Real Estate,   2 East Independence Street,
             Shamokin, PA 17872-6800
cr           Ritz Condominium Association, Inc.,   c/o McGovern Legal Services, LLC,   PO Box 1111,
             New Brunswick, NJ  08903-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com May 09 2019 02:49:36     Orion,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr          +E-mail/Text: bncmail@w-legal.com May 09 2019 02:42:32     SYNCHRONY BANK,
             c/o Weinstein & Riley,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
          DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          FRANCIS J. MCGOVERN    on behalf of Creditor    Ritz Condominium Association, Inc.
           FMcGovern@theassociationlawyers.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          REBECCA K. MCDOWELL    on behalf of Creditor    Ocean City Home Bank rmcdowell@slgcollect.com,
           pwirth@slgcollect.com
          ROBERT L. SALDUTTI    on behalf of Creditor    Ocean City Home Bank rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:        :
  THOMAS J. BARRY, JR.  :   Bankruptcy No. 16-14495 REF
  aka THOMAS J. BARRY  :
           :   Chapter 13
     Debtor    :

## ORDER AUTHORIZING APPOINTMENT OF REALTOR

   Upon consideration of the Application of the Debtor to employ and appoint Richard M.

Hallick, Jr., of Bressi & Martin Real Estate, Inc., on the terms stated in the Application, and it

appearing that Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. is qualified to sell

real estate, and the Court being satisfied that Richard M. Hallick, Jr., of Bressi & Martin Real

Estate, Inc. represents no interest adverse to the Trustee or to the Debtor in the matters upon

which it is to be engaged, that its employment is necessary and would be in the best interest of

the Debtor and his estate, it is hereby

   **ORDERED** that the Debtor is hereby authorized to appoint Richard M. Hallick, Jr., of

Bressi & Martin Real Estate, Inc. to sell the real estate of the Debtor on the terms stated in the

Application.

             BY THE COURT:

**Date: May 8, 2019**

             Richard E. Fehling
             United States Bankruptcy Judge