# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|     THOMAS J. BARRY, JR. | :    Bankruptcy No. 16-14495 REF |
|     aka THOMAS J. BARRY | : |
| | :    Chapter 13 |
|         Debtor | : |

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 14th day of May, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated April 29, 2019 of the filing of the Debtor's Motion for Sale of Real Estate Free and Clear of Liens and for Distribution of Proceeds.

Dated:  May 14, 2019                             s/   David S. Gellert
                                                                             David S. Gellert, Esquire
                                                                             David S. Gellert, P.C.
                                                                             3506 Perkiomen Avenue
                                                                             Reading, PA 19606
                                                                             (610) 779-8000
                                                                             Fax: (610) 370-1393