United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14495-ref
Thomas J. Barry, Jr.                                            Chapter 13
Thomas J. Barry, Jr.
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: dlv            Page 1 of 1           Date Rcvd: May 23, 2019
                              Form ID: pdf900      Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
```
db         +Thomas J. Barry, Jr.,    MAILING ADDRESS:,    354 South 13th Street,    Reading, PA 19602-2085
db         +Thomas J. Barry, Jr.,    126 North Eight Street,    Reading, PA 19601-3610
cr         +Ocean City Home Bank,    c/o Saldutti Law Group,    BNY Mellon Center,
             1735 Market Street, Ste 3750,    Philadelphia, PA 19103-7532
r          +Richard M. Hallick, Jr.,    Bressi & Martin Real Estate,    2 East Independence Street,
             Shamokin, PA 17872-6800
cr          Ritz Condominium Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
             New Brunswick, NJ 08903-1111
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: rmscedi@recoverycorp.com May 24 2019 02:48:48      Orion,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
cr         +E-mail/Text: bncmail@w-legal.com May 24 2019 02:47:07      SYNCHRONY BANK,
             c/o Weinstein & Riley,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              FRANCIS J. MCGOVERN    on behalf of Creditor    Ritz Condominium Association, Inc.
               FMcGovern@theassociationlawyers.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Ocean City Home Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Ocean City Home Bank rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com;kcollins@slgcollect.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    THOMAS J. BARRY, JR.              :    Bankruptcy No. 16-14495 REF
    aka THOMAS J. BARRY               :
                                       :    Chapter 13
        Debtor                     :

## ORDER TO SELL REAL ESTATE FREE AND CLEAR
## OF LIENS AND TO DISTRIBUTE PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtor, Thomas J. Barry, Jr., shall sell free and clear of liens Real Estate located at 108 North Grant Street, Shamokin, Northumberland County, Pennsylvania, to Adi Beraha at private sale for the sum of Six Thousand ($6,000.00) Dollars. It is further

**ORDERED** that Bressi and Martin Real Estate, Inc., shall be authorized to act as realtor for the Debtor, and it shall be permitted to retain as commission Two Thousand ~~Five Hundred~~ ($2,000.00) Dollars. It is further

**ORDERED** that at settlement after the payment of all liens, water and sewer charges, realtor's commission, real estate taxes, transfer tax, and customary and reasonable settlement costs, that the balance of the proceeds of sale shall be paid to the Chapter 13 Trustee to be distributed pursuant to the Debtor's Chapter 13 Plan. It is further

**ORDERED** that the Debtor shall provide the Chapter 13 Trustee with a copy of the Settlement Sheet within ten (10) days of closing.

BY THE COURT:

5/23/19

_____
Richard E. Fehling
United Sates Bankruptcy Judge