```
                  UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

June 10, 2019

To: **David Gellert, Esq.**

```
                          In re: Thomas J. Barry Jr.
                                 aka Thomas J. Barry
                          Bankruptcy No. 16-14495AMC
                          Adversary No.
                          Chapter 13
```

Re **Application to Employ (docket #66)**

The above pleading was filed in this office on **5/31/19.**  Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        ()    Certificate of Service
        (x)   Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                     objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other
```

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

```
                          Timothy B. McGrath
                          Clerk


                          Randi Janoff
                      By: _____
                          Deputy Clerk
```

status.frm
(rev. 11/26/2018)