**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
    THOMAS J. BARRY, JR.        :        Bankruptcy No. 16-14495 REF
    aka THOMAS J. BARRY         :
                                :        Chapter 13
        Debtor             :

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 11th day of June, 2019, David S. Gellert, Esquire, of David S. Gellert,

P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was

filed or served on him with respect to the Notice dated May 31, 2019 of the filing of the Debtors'

Application to Employ Realtor.

Dated:  June 11, 2019                      _s/   David S. Gellert_____
                                     David S. Gellert, Esquire
                                     David S. Gellert, P.C.
                                     3506 Perkiomen Avenue
                                     Reading, PA 19606
                                     (610) 779-8000
                                     Fax: (610) 370-1393
                                     dsgrdg@ptdprolog.net