# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
   THOMAS J. BARRY, JR.           :    Bankruptcy No. 16-14495 AMC
   aka THOMAS J. BARRY            :
                                   :    Chapter 13
       Debtor               :

## ORDER AUTHORIZING APPOINTMENT OF REALTOR

Upon consideration of the Application of the Debtor to employ and appoint Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc., on the terms stated in the Application, and it appearing that Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. is qualified to sell real estate, and the Court being satisfied that Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. represents no interest adverse to the Trustee or to the Debtor in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the Debtor and his estate, it is hereby

**ORDERED** that the Debtor is hereby authorized to appoint Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. to sell the real estate of the Debtor located at 900 North Shamokin Street, Shamokin, Northumberland County, Pennsylvania, on the terms stated in the Application.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge