# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
    THOMAS J. BARRY, JR.  :  Bankruptcy No. 16-14495 AMC
    aka THOMAS J. BARRY  :
      :  Chapter 13
    Debtor  :

## ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND TO DISTRIBUTE PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtor, Thomas J. Barry, Jr., shall sell free and clear of liens Real Estate located at 900 North Shamokin Street, Shamokin, Northumberland County, Pennsylvania, to J & E Khan LLC at private sale for the sum of Seven Thousand ($7,000.00) Dollars. It is further

**ORDERED** that Bressi and Martin Real Estate, Inc., shall be authorized to act as realtor for the Debtor, and it shall be permitted to retain as commission Two Thousand Five Hundred ($2,500.00) Dollars.  It is further

**ORDERED** that at settlement after the payment of all liens, water and sewer charges, realtor's commission, real estate taxes, transfer tax, and customary and reasonable settlement costs, that the balance of the proceeds of sale shall be paid to the Chapter 13 Trustee to be distributed pursuant to the Debtor's Chapter 13 Plan.   It is further

**ORDERED** that the Debtor shall provide the Chapter 13 Trustee with a copy of the Settlement Sheet within ten (10) days of closing.

BY THE COURT:

_____
Ashely M. Chan
United Sates Bankruptcy Judge