# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    THOMAS J. BARRY, JR.                   :    Bankruptcy No. 16-14495 AMC
    aka THOMAS J. BARRY                     :
                                            :    Chapter 13
        Debtor                          :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 17th day of June, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 31, 2019 of the filing of the Debtor's Motion for Sale of Real Estate Free and Clear of Liens and for Distribution of Proceeds.

Dated:  May 17, 2019                                                                              s/   David S. Gellert
                                                                                                       David S. Gellert, Esquire
                                                                                                                                David S. Gellert, P.C.
                                                                                                                                3506 Perkiomen Avenue
                                                                                                                                Reading, PA 19606
                                                                                                                                (610) 779-8000
                                                                                                                                Fax: (610) 370-1393
                                                                                                                                dsgrdg@ptdprolog.net