**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| THOMAS J. BARRY, JR. | : | Bankruptcy No. 16-14495 AMC |
| aka THOMAS J. BARRY | : | |
| | : | Chapter 13 |
| Debtor | : | |

## ORDER AUTHORIZING APPOINTMENT OF REALTOR

Upon consideration of the Application of the Debtor to employ and appoint Richard M.

Hallick, Jr., of Bressi & Martin Real Estate, Inc., on the terms stated in the Application, and it

appearing that Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. is qualified to sell

real estate, and the Court being satisfied that Richard M. Hallick, Jr., of Bressi & Martin Real

Estate, Inc. represents no interest adverse to the Trustee or to the Debtor in the matters upon

which it is to be engaged, that its employment is necessary and would be in the best interest of

the Debtor and his estate, it is hereby

**ORDERED** that the Debtor is hereby authorized to appoint Richard M. Hallick, Jr., of

Bressi & Martin Real Estate, Inc. to sell the real estate of the Debtor located at 900 North

Shamokin Street, Shamokin, Northumberland County, Pennsylvania, on the terms stated in the

Application.

BY THE COURT:

**Date: June 24, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge