United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14495-amc
Thomas J. Barry, Jr.                                            Chapter 13
Thomas J. Barry, Jr.
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Christina          Page 1 of 1              Date Rcvd: Jun 24, 2019
                             Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
```
db             +Thomas J. Barry, Jr.,    126 North Eight Street,    Reading, PA 19601-3610
db             +Thomas J. Barry, Jr.,    MAILING ADDRESS:,    354 South 13th Street,    Reading, PA 19602-2085
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              FRANCIS J. MCGOVERN    on behalf of Creditor    Ritz Condominium Association, Inc.
               FMcGovern@theassociationlawyers.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Ocean City Home Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Ocean City Home Bank rsaldutti@salduticollect.com,
               lmarciano@salduticollect.com;pwirth@salduticollect.com;kcollins@slgcollect.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    THOMAS J. BARRY, JR. | : | Bankruptcy No. 16-14495 AMC |
|    aka THOMAS J. BARRY | : | |
| | : | Chapter 13 |
|    Debtor | : | |

### ORDER AUTHORIZING APPOINTMENT OF REALTOR

Upon consideration of the Application of the Debtor to employ and appoint Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc., on the terms stated in the Application, and it appearing that Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. is qualified to sell real estate, and the Court being satisfied that Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. represents no interest adverse to the Trustee or to the Debtor in the matters upon which it is to be engaged, that its employment is necessary and would be in the best interest of the Debtor and his estate, it is hereby

**ORDERED** that the Debtor is hereby authorized to appoint Richard M. Hallick, Jr., of Bressi & Martin Real Estate, Inc. to sell the real estate of the Debtor located at 900 North Shamokin Street, Shamokin, Northumberland County, Pennsylvania, on the terms stated in the Application.

BY THE COURT:

**Date: June 24, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge