```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                     Case No. 16-14495-amc
Thomas J. Barry, Jr.                                       Chapter 13
Thomas J. Barry, Jr.
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Christina            Page 1 of 1              Date Rcvd: Jun 24, 2019
                              Form ID: pdf900            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
db             +Thomas J. Barry, Jr.,    126 North Eight Street,    Reading, PA 19601-3610
db             +Thomas J. Barry, Jr.,    MAILING ADDRESS:,    354 South 13th Street,    Reading, PA 19602-2085
r              +Richard M. Hallick, Jr.,    Bressi & Martin Real Estate,    2 East Independence Street,
                 Shamokin, PA 17872-6800
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Thomas J. Barry, Jr. dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              FRANCIS J. MCGOVERN    on behalf of Creditor    Ritz Condominium Association, Inc.
               FMcGovern@theassociationlawyers.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              REBECCA K. MCDOWELL    on behalf of Creditor    Ocean City Home Bank rmcdowell@slgcollect.com,
               pwirth@slgcollect.com
              ROBERT L. SALDUTTI    on behalf of Creditor    Ocean City Home Bank rsaldutti@salduttticollect.com,
               lmarciano@salduttticollect.com;pwirth@salduttticollect.com;kcollins@slgcollect.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
    THOMAS J. BARRY, JR.              :        Bankruptcy No. 16-14495 AMC
    aka THOMAS J. BARRY                :
                                       :        Chapter 13
    Debtor                             :

### ORDER TO SELL REAL ESTATE FREE AND CLEAR
### OF LIENS AND TO DISTRIBUTE PROCEEDS

Upon consideration of the Debtor's Motion for Order to Sell Real Estate Free and Clear of Liens and for Distribution of Proceeds, it is hereby

**ORDERED** that the Debtor, Thomas J. Barry, Jr., shall sell free and clear of liens Real Estate located at 900 North Shamokin Street, Shamokin, Northumberland County, Pennsylvania, to J & E Khan LLC at private sale for the sum of Seven Thousand ($7,000.00) Dollars. It is further

**ORDERED** that Bressi and Martin Real Estate, Inc., shall be authorized to act as realtor for the Debtor, and it shall be permitted to retain as commission Two Thousand ($2,000.00) Dollars. It is further

**ORDERED** that at settlement after the payment of all liens, water and sewer charges, realtor's commission, real estate taxes, transfer tax, and customary and reasonable settlement costs, that the balance of the proceeds of sale shall be paid to the Chapter 13 Trustee to be distributed pursuant to the Debtor's Chapter 13 Plan. It is further

**ORDERED** that the Debtor shall provide the Chapter 13 Trustee with a copy of the Settlement Sheet within ten (10) days of closing.

BY THE COURT:

**Date: June 24, 2019**

_____
Ashely M. Chan
United Sates Bankruptcy Judge