| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 16-14495-PMM

THOMAS J. BARRY, JR.
126 NORTH EIGHTH STREET
READING  PA    19602-9602

Petition Filed Date: 06/24/2016
341 Hearing Date: 08/09/2016
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $1,945.00 | | 02/13/2019 | $1,945.00 | | 03/11/2019 | $1,945.00 | |
| 04/12/2019 | $1,945.00 | | 05/13/2019 | $1,945.00 | | 06/10/2019 | $1,945.00 | |
| 06/25/2019 | $2,627.35 | 10659 Makows | 07/16/2019 | $1,945.00 | | 08/13/2019 | $1,945.00 | |
| 08/13/2019 | $3,828.25 | 10774 Makows | 08/16/2019 | $1,945.00 | | 08/27/2019 | ($1,945.00) | Reverse Transa |
| 10/02/2019 | $1,945.00 | | 10/23/2019 | $1,945.00 | | 11/19/2019 | $1,945.00 | |
| 12/26/2019 | $1,945.00 | | 01/21/2020 | $1,945.00 | | 02/20/2020 | $1,945.00 | |
| 03/19/2020 | $1,945.00 | | 04/24/2020 | $1,945.00 | | 05/26/2020 | $1,945.00 | |
| 06/24/2020 | $1,945.00 | | 07/24/2020 | $1,945.00 | | | | |

**Total Receipts for the Period:  $43,410.60   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $103,705.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | OCEAN CITY HOME BANK »» 003 | Unsecured Creditors | $83,351.78 | $27,926.40 | $55,425.38 |
| 6 | RITZ CONDO ASSOC INC »» 06S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | RITZ CONDO ASSOC  INC »» 06U | Unsecured Creditors | $7,128.50 | $2,388.34 | $4,740.16 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $57.44 | $15.47 | $41.97 |
| 10 | BILL ME LATER AS SERVICER for  SYNCHRONY BANK »» 010 | Unsecured Creditors | $3,288.89 | $1,101.92 | $2,186.97 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,186.57 | $1,737.75 | $3,448.82 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $43,900.75 | $43,900.75 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $3,798.51 | $1,272.60 | $2,525.91 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $127.94 | $31.08 | $96.86 |
| 8 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $30,734.06 | $10,297.23 | $20,436.83 |
| 11 | NATIONSTAR MORTGAGE LLC »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ORION PORTFOLIO SERVICES LLC »» 002 | Unsecured Creditors | $69.03 | $16.78 | $52.25 |

**Chapter 13 Case No. 16-14495-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | ORTHOPAEDIC ASSOC OF RDG LTD<br>»» 004 | Unsecured Creditors | $306.10 | $90.57 | $215.53 |
| 12 | DAVID S GELLERT ESQ<br>»» 012 | Attorney Fees | $4,251.89 | $4,251.89 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $103,705.60 | Current Monthly Payment: | $1,945.00 |
| Paid to Claims: | $93,030.78 | Arrearages: | ($8,400.60) |
| Paid to Trustee: | $8,890.42 | Total Plan Base: | $116,700.00 |
| Funds on Hand: | $1,784.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.